Form FIND

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Bump Beverage Company Inc.<br>   fdba Bump Beverage<br>   fdba Get Bump<br>       Debtor(s) | Case No.: 11–30400 DM 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Janina M. Hoskins is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: 10/3/11

By the Court:

Dennis Montali
United States Bankruptcy Judge